City of Philadelphia, Appellant, *v.* Continental Passenger Railway Company.

Argued April 10, 1896.  Appeal, No. 151, July T., 1895, by plaintiff, from judgment of C. P. No. 4, Phila. Co., June T., 1893, No. 68, for defendant non obstante veredicto.  Before STERRETT, C. J., GREEN, WILLIAMS, DEAN and FELL, JJ. Affirmed.

The same point was reserved as in the next preceding case.

*E. Spencer Miller* and *James Alcorn*, assistant city solicitors, with them *John L. Kinsey*, city solicitor, for appellant.

*Ellis Ames Ballard* and *John G. Johnson*, with them *Rufus E. Shapley*, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, October 5, 1896: .

The liability of the defendant to the city of Philadelphia is fixed, by the special law incorporating it, in almost the identical words found in the charter of the Empire Pass. Ry. Co. considered in the City of Phila. v. The Empire Pass. Ry. Co., supra, 382, just decided. The question is therefore identical with that raised and decided in that case. For reasons there given the assignments of error in this case are overruled and the judgment is affirmed.